IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K-CON BUILDING SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-981C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Kent G. Huntington as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Kent G. Huntington
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

/s/Kent G. Huntington
Kent G. Huntington
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-7961
Facsimile: (202) 353-7988

Dated: November 2, 2005

## CERTIFICATE OF FILING

I hereby certify that on November 2, 2005, a copy of foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Kent G. Huntington