**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **K-CON BUILDING SYSTEMS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 05-981C** |
| | ) | **(Judge Allegra)** |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of 60 days, to and including January 13, 2006, within which to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint is currently due on November 14, 2005. We have contacted counsel for plaintiff, Mr. William Scott, and he has stated that plaintiff is not opposed to this, our first request for an enlargement of time for this purpose.

Presently, the undersigned has not yet received from the Department of Homeland Security, the Federal agency involved in this matter, a litigation report, as required by 28 U.S.C. § 520, nor engaged in substantive discussions with agency counsel regarding the agency's response to plaintiff's allegations. On October 28, 2005, agency counsel contacted the undersigned and requested that the undersigned seek an enlargement of time for the agency to complete the litigation report because the agency

was still in the process of assembling its records relating to this case. An enlargement of 60 days will allow agency counsel additional time to assemble and evaluate relevant records maintained by the agency and allow defendant's counsel time to review the case, coordinate our response with agency counsel, and obtain necessary internal review.

Defendant respectfully requests that the Court grant our motion for an enlargement of time of 60 days, to and including January 13, 2006, within which to file our response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Kent G. Huntington
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 305-7561
Fax: (202) 353-7988

November 2, 2005

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on November 2, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington
Kent G. Huntington