# In The United States Court of Federal Claims

No. 05-981C

(Filed: November 8, 2005)

K-CON BUILDING SYSTEMS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 2, 2005, defendant filed an unopposed motion for an enlargement of time in which to respond to plaintiff's complaint. The motion is hereby **GRANTED**. On or before January 13, 2006, defendant shall file its answer. **No further enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge