# In the United States Court of Federal Claims

No. 05-981 C
(Filed: March 1, 2006)

***********************************
K-CON BUILDING SYSTEMS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On February 28, 2006, the parties filed a Joint Motion for an Enlargement of Time, requesting until March 27, 2006, to file their Joint Preliminary Status Report. The joint motion is **GRANTED**. The parties shall file their Joint Preliminary Status Report **no later than Monday, March 27, 2006**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge