# In the United States Court of Federal Claims

No. 05-981 C
(Filed: March 28, 2006)

```
***********************************
K-CON BUILDING SYSTEMS, INC.,     *
                                  *
              Plaintiff,          *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

**ORDER**

On March 24, 2006, the parties in the above-captioned case filed their Joint Preliminary Status Report, which proposed an agreed-upon discovery schedule. The court adopts the proposed schedule, as follows:

- The parties shall exchange their initial disclosures **no later than April 28, 2006**.
- The parties shall designate their experts **no later than August 25, 2006**.
- The parties shall designate their rebuttal experts **no later than September 29, 2006**.
- Plaintiff's expert report is due **no later than January 26, 2007**.
- Defendant's expert report is due **no later than March 2, 2007**.
- Plaintiff's rebuttal expert report is due **no later than April 6, 2007**.
- Defendant's rebuttal expert report is due **no later than May 4, 2007**.
- Expert discovery will close **no later than June 1, 2007**.

In addition, pursuant to RCFC 16, the court will conduct a telephonic status conference within the next 30 days to discuss the parties' respective views of the case. **By no later than Friday,**

**April 7, 2006**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge