# In the United States Court of Federal Claims

No. 05-981 C
(Filed: April 27, 2006)

***********************************
K-CON BUILDING SYSTEMS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

In an order dated March 28, 2006, the court directed the parties in the above-captioned case to contact chambers by April 7, 2006, to schedule a status conference. Neither party did so. Court orders should not be disregarded. **By no later than Friday, May 5, 2006**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge