# In the United States Court of Federal Claims

No. 05-981 C
(Filed: April 28, 2006)

***********************************
K-CON BUILDING SYSTEMS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

A status conference will be held in the above-captioned case on **Wednesday, May 10, 2006, at 11:00 a.m. (EDT).** The parties shall appear by telephone. One business day before the status conference, counsel shall call the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to confirm the telephone number where he can be reached.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge