# In the United States Court of Federal Claims

No. 05-981 C
(Filed: January 30, 2007)

*************************************
K-CON BUILDING SYSTEMS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************************

**ORDER**

On January 26, 2007, plaintiff in the above-captioned case filed an unopposed motion to amend the March 28, 2006 scheduling order. Plaintiff's motion is **GRANTED**. The court adopts the proposed modified schedule, as follows:

- Plaintiff's expert report is due **no later than Tuesday, March 27, 2007**.
- Defendant's expert report is due **no later than Tuesday, May 1, 2007**.
- Plaintiff's rebuttal expert report is due **no later than Tuesday, June 5, 2007**.
- Defendant's rebuttal expert report is due **no later than Tuesday, July 3, 2007**.
- Expert discovery will close **no later than Friday, August 31, 2007**.
- The parties shall file a joint status report **no later than Friday, September 14, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge