**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **K-CON BUILDING SYSTEMS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No.: 05-981 C** |
| **vs.** | ) | **(Judge Sweeney)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| **UNITED STATES COAST GUARD,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION**
**TO AMEND COMPLAINT**

The Plaintiff, K-Con Building Systems, Inc. (K-Con), moves to amend the Complaint pursuant to Rule 15, Amended and Supplemental Pleadings. The basis for the motion is that K-Con submitted a Claim and Demand for a Contracting Officer's Final Decision relating to the contract at issue in this case, and the Government issued a Contracting Officer's Final Decision on January 16, 2007. The Complaint seeks remission of liquidated damages and the amended complaint will seek additional compensation and an extension of time as a result of changes to the contract. The Complaint and the amended complaint both deal with the same contract and the same facts. Counsel for the Defendant does not oppose this motion.

**PEDERSEN & SCOTT, P.C.**

S/William A. Scott
William A. Scott
775 St. Andrews Blvd.
Charleston, SC 29412
(843) 556-5656
ATTORNEY FOR PLAINTIFF

Dated this 20th day of February, 2007.