# In the United States Court of Federal Claims

No. 05-981 C
(Filed: February 22, 2007)

| | |
|---|---|
| K-CON BUILDING SYSTEMS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On February 20, 2007, plaintiff in the above-captioned case filed Plaintiff's Unopposed Motion to Amend Complaint. Plaintiff seeks to amend the complaint to reflect a recent, additional claim decided against plaintiff by the contracting officer on the same contract already at issue in this case. Plaintiff's motion is **GRANTED**.

Plaintiff did not propose a deadline for filing the amended complaint in its motion. Thus, the court shall provide a deadline. If plaintiff requires additional time, it shall file a motion for enlargement.

Accordingly, plaintiff shall file its amended complaint **no later than Tuesday, March 20, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge