U.S. Department of Homeland Security
United States Coast Guard

Commanding Officer
United States Coast Guard
Facilities Design & Construction Center (Atlantic)

5505 Robin Hood Rd., Suite K
Norfolk, Virginia 23513-2431
Staff Symbol:
Phone: (757) 852-3449
FAX: (757) 852-3495

4200
Ser. No: 0560K
August 22, 2005

RECEIVED AUG 22 2005

FEDERAL EXPRESS/FAX

K-Con Building Systems
2728 Spruill Ave
Charleston, SC 29405

Re: Contract DTCG47-03-F-3EFK17, Design and Construct Prefabricated Supply Warehouse at the USCG Group St. Petersburg, FL

Dear Mr. Stewart:

## CONTRACTING OFFICER'S FINAL DECISION

Reference is made to your claim dated 28 July 2005 in the amount of $51,260.00.

On September 5, 2003, Contract No. DTCG47-03-F-3EFK17 was entered into between your company and the Government for Design and Construct Supply Warehouse at the USCG Group St. Petersburg, FL. The contract award price was $534,930.00 with a contract completion date of July 26, 2004. Due to modifications to the contract, the contract completion date was extended to September 2, 2004.

## SUMMARY OF CLAIM

Your claim letter of July 28, 2005, received via fax, demands payment of $51,260.00 plus interest for the assessment of liquidated damages.

## FINDINGS OF FACT

In connection with your claim, I hereby make the following findings of fact:

Bilateral Modification P00002 issued August 17, 2004 gave you a 15 calendar day extension. Bilateral Modification P00004 issued September 21, 2004 gave you a 16 calendar day extension. Bilateral Modification P00005 issued December 8, 2004 gave you a 6 calendar day extension. You failed to complete the work by the contract completion date of September 2, 2004.

P/A Tom
PK ✓
EC ✓
PM
SUP
ACCTG
SALES
ESTIM
OTHER

## DECISION

You have provided no information showing why you are not responsible for the delay. Moreover, we are not aware of any event or occurrence that would excuse your late performance. I do not intend to reopen or reconsider this matter. Therefore, it is my final decision to deny your claim as it relates to this issue.

This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy of the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly to the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

Sincerely,

Cathy Broussard

CATHY BROUSSARD
Contracting Officer