Subj: **K-Con v. US**
Date: 2/12/2007 4:42:44 PM Eastern Standard Time
From:
To:

Bill,
I have been experiencing technical difficulties with the final set of documents for Elizabeth City. Therefore, I would like to push this week's document delivery back by two weeks, to March 2. My apologies for any inconvenience; at least this has the benefit of being in sync with Port Huron and St. Pete. Please let me know by return email whether you consent to the extension.
Thanks,
Rob

tabbies
EXHIBIT
1

Subj: **RE: K-Con v. US and ConStructure v. US**
Date: 10/2/2006 11:10:53 AM Eastern Daylight Time
From: Robert.Chandler@usdoj.gov
To: PS3LAW@aol.com

Bill,
I have not received your discovery requests. Can you please fax or email them to me?
Thanks,
Rob

-----Original Message-----
From: PS3LAW@aol.com [mailto:PS3LAW@aol.com]
Sent: Friday, September 29, 2006 12:49 PM
To: Chandler, Robert (CIV)
Cc: bstewart@kconinc.com
Subject: Re: K-Con v. US and ConStructure v. US

Rob:

I will have to reschedule due to other commitments. Jack Groat is providing all of the documents in the case I have with him on a DVD/CD.

As for Elizabeth City, I will need to inspect all documents relating the contract and the reprocurement contract, including all documents relating to the calculation of the LD's and the basis for the LD figure. You should have received discovery requests for all of the info. If not, please let me know.

When does the Govt. expect the reprocurement contractor to finish, and when will the USCG make a decision on asserting a counterclaim? I will need the reprocurement documents anyhow, but that will make this easier. Based on what we understand, there have been many changes from the original requirements in the reprocurement contract, and we will need to see all documentation on the changes.

What about Port Huron? Do you think we can come to some agreement, or does K-Con need to go ahead and submit the affirmative claim for additional costs to the USCG contracting officer?

Have a nice weekend.

Bill

EXHIBIT
tabbies
2

Subj: **RE: K-Con v. USCG**
Date: 10/16/2006 8:21:46 PM Eastern Daylight Time
From: Robert.Chandler@usdoj.gov
To: PS3LAW@aol.com

Bill,

I have not really had a chance to focus on Port Huron, but hope to before the end of the month. My apologies; I've just been tied up on a number of other things.

I will get back to you about dates, but I don't anticipate having a lot of trouble finding a date one of the weeks you suggested. I do not have any significant travel planned during that time, so I am sure we can find a date that works for us both.

Regards,
Rob

-----Original Message-----
From: PS3LAW@aol.com [mailto:PS3LAW@aol.com]
Sent: Monday, October 16, 2006 4:11 PM
To: Chandler, Robert (CIV)
Cc: bstewart@kconinc.com
Subject: K-Con v. USCG

Rob:

Have you had time to review the info I sent on Port Huron, and if so, when can we discuss how to move forward?

As for the documents on E City, are they in DC or Norfolk? I need to inspect all of the documents, including the documents on reprocurement. I won't be able to inspect the documents until after Thanksgiving. Are there some good days the last week in November, or early December that are good for you and the USCG?

Thanks - Bill

EXHIBIT
tabbles
3

Subj: **RE: K-Con v. US**
Date: 1/3/2007 10:09:01 AM Eastern Standard Time
From: Robert.Chandler@usdoj.gov
To: PS3LAW@aol.com

Hey Bill,
Hope you enjoyed the holidays as well. I have the documents and a draft of the interrogatories ready, but have a few follow up points with USCG on the interrogatories. I have had a hard time reaching folks because of the holidays. I expect to wrap it up soon, and hope to get you the interrogatories by the end of this week, early next week. I expect to get you our response to Port Huron/St. Pete by the end of next week.
Regards,
Rob

**From:** PS3LAW@aol.com [mailto:PS3LAW@aol.com]
**Sent:** Tuesday, January 02, 2007 1:00 PM
**To:** Chandler, Robert (CIV)
**Cc:** bstewart@kconinc.com
**Subject:** K-Con v. US

Rob:

Hope you had a great Christmas and New Years. I understood you would be providing responses to discovery by Christmas on the Elizabeth City case, and would be getting back to me with the Coast Guard's response to K-Con's settlement demand on the LD issues on St. Pete and Port Huron. Please let me know where you are on all of this. We need to settle the Port Huron and St. Pete matters, or move forward with discovery. On Elizabeth City, we need to move forward with discovery.

Thanks - Bill

EXHIBIT
tabbles
4

Subj: **RE: K-Con v. USCG**
Date: 2/7/2007 12:07:53 PM Eastern Standard Time
From: Robert.Chandler@usdoj.gov
To: PS3LAW@aol.com

Bill,
In light of your recent discovery requests, do you still intend to conduct depositions in the near term? (see below)
Regards,
Rob

**From:** PS3LAW@aol.com [mailto:PS3LAW@aol.com]
**Sent:** Tuesday, January 23, 2007 8:46 AM
**To:** Chandler, Robert (CIV)
**Cc:** bstewart@kconinc.com
**Subject:** K-Con v. USCG

Rob:

I still have not received discovery responses. I need to file a motion to extend the time for expert reports. Can I represent the extension is without objection? Until I know when discovery responses will be provided, it is hard to put a date on the expert report. I suggest 60 days. Also, I understood you were sending more documents on E. City, but I have not received them. Are more documents being provided?

I need to schedule a 30(b)6 deposition on how the liquidated damages were calculated for each contract, what policies, procedures, and regulations were followed, why the amount for the reprocurment contract on E. City is different from the original contract, delays caused by the USCG during the contracts, and any schedule analysis by the USCG. Please let me know when we can schedule the depo and where. February 13 and 14 or during the week of Feb. 19 would work.

Thanks - Bill

EXHIBIT
tabbles
5

Subj: **RE: Port Huron and St. Petersburg**
Date: 1/24/2007 12:11:39 PM Eastern Standard Time
From: Robert.Chandler@usdoj.gov
To: PS3LAW@aol.com

Bill,
Naturally, you have our consent to the motion for the extension of time, assuming that all subsequent deadlines will be adjusted accordingly. I expect to be able to send you interrogatory responses by the end of the week, and therefore request that you refrain from filing a motion to compel, at least until Monday. Please give me a call if you have any other questions.
Regards,
Rob

**From:** PS3LAW@aol.com [mailto:PS3LAW@aol.com]
**Sent:** Wednesday, January 24, 2007 11:37 AM
**To:** Chandler, Robert (CIV)
**Cc:** bstewart@kconinc.com
**Subject:** Re: Port Huron and St. Petersburg

I appreciate your response and position. The last time I tried a case against the USCG when they took this same position the Court determined the USCG's actions were arbitrary. While that is rare, we will see what happens this time.

Since I have not received responses to discovery, I will be filing a motion to compel and a motion to extend the time to submit the expert report.

Please call if you have any questions.

Bill

EXHIBIT
tabbies
6

Subj: **K-Con v. United States; Fed. Cl. 06-914**
Date: 1/25/2007 2:28:17 PM Eastern Standard Time
From:
To:
CC:

Bill,

Attahced please find a copy of the Government's responses to K-Con's interrogatories, and the Government's First Set of Interrogatories and Document Requests. As I mentioned to your assistant, we expect to produce additional documents in the next couple of weeks. Please feel free to contact me if you wish to discuss the prospective document production in greater detail.

Regards,

Robert E. Chandler
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street NW
Washington D.C. 20530
(202)514-4678

EXHIBIT
tabbies
7

Subj: **K-Con v. USCG**
Date: 1/26/2007
To:
CC:

Rob:

Attached are the three motions to extend the scheduling order in the K-Con cases. I have indicated you do not object to the requests. Please advise if you have any objections to the motions as written.

As for the discovery, when will the documents be provided? I will need all of the documents on how the Govt. calculated the LD rate stated in the contract. You objected to the interrogatories because an attorney reviewed the information. That is not a valid objection. Unless there was legal advise, there is not basis for claiming a privilege. If the attorney calculated the LD rate, or just reviewed how it was calculated, then that is not legal advise. Please insure all of the documents are provided to avoid a motion to compel.

Thanks - please call if you have any questions.

Bill

EXHIBIT
tabbies
8

Subj: **RE: K-Con v. USCG**
Date: 2/7/2007 1:34:01 PM Eastern Standard Time
From:
To:

OK. I will hold off on checking schedules for depos, then. I have the additional documents, and expect to be able to produce them by the 16th.

**From:** PS3LAW@aol.com [mailto:PS3LAW@aol.com]
**Sent:** Wednesday, February 07, 2007 1:28 PM
**To:** Chandler, Robert (CIV)
**Cc:** bstewart@kconinc.com
**Subject:** Re: K-Con v. USCG

I need to inspect all of the documents in the USCG's possession regarding all three contracts and the reprocurement contract. After that, we need to take depositions - probably a 30(b)6 and then specific fact witnesses. Where are all of the documents, not just the ones the USCG has sent to you? It has been my experience that the DOJ is not provided all of the documents, regardless of your requests to the agency, and I need to inspect them all.

I have not yet received the additional documents on E. City. I assume they will be produced by the 16th?

Thanks - Bill

EXHIBIT
tabbies
9

Subj: **RE: K-Con v. USCG**
Date: 2/7/2007 1:54:23 PM Eastern Standard Time
From:
To:

No problem. I anticipate responding to your other document requests within the time permitted under the RCFC.

Rob

**From:** PS3LAW@aol.com [mailto:PS3LAW@aol.com]
**Sent:** Wednesday, February 07, 2007 1:36 PM
**To:** Chandler, Robert (CIV)
**Subject:** Re: K-Con v. USCG

Thanks - what about the documents on the other contracts, and where are the original documents?

Bill

EXHIBIT
tabbies
10

Subj: **RE: K-Con v. US**
Date: 2/13/2007 2:06:35 PM Eastern Standard Time
From:
To:

I have the documents on a cd in pdf and tif format. The reason for the delay is that we are having trouble loading them into our document management program because of technical problems. I had been assured they would be loaded today, but just learned that the Federal Government is shutting down b/c of inclement weather. There is a good chance that we will be shut down tomorrow also. I will be working, but our tech guys will not.

I might be able to make due with one week's extension. If the documents are loaded by Thurs, I should be able to review and produce them before next friday. My apologies for the confusion - putting these documents in a database was supposed to make all of our lives easier. Can you and your client live with a one week extension?

Thanks,
Rob

**From:** PS3LAW@aol.com [mailto:PS3LAW@aol.com]
**Sent:** Tuesday, February 13, 2007 9:09 AM
**To:** Chandler, Robert (CIV)
**Cc:** bstewart@kconinc.com
**Subject:** Re: K-Con v. US

Rob:

I am reluctant to consent considering these documents were requested last October 5th, and I don't even have responses to the Request for Production yet. Since our expert needs these document to prepare his report which is due on March 27, I cannot wait until March 2d to get the documents.

Where are they? If I need to inspect and have them copies were they are, that might speed things up?

Thanks - Bill

EXHIBIT
tabbies
11

Subj: **Re: K-Con v. US**
Date: 2/13/2007
To:
CC:

I don't think we have much choice. We will live with the one week. I hope it is all of the documents. My concern is that the USCG will not have provided you with all of the documents.

Thanks - Bill

EXHIBIT
tabbies
12

**Chandler, Robert (CIV)**

**From:** PS3LAW@aol.com
**Sent:** Monday, March 26, 2007 9:47 AM
**To:** Chandler, Robert (CIV)
**Cc:** bstewart@kconinc.com
**Subject:** K-Con v. US

Rob:

I have not received discovery necessary for my expert to provide his report. I will be filing motions to compel and a motion to extend the time to provide the expert report until 30 days after all discovery has been received.

Please call if you have any questions.

Bill Scott

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

EXHIBIT
tabbies
13