# In the United States Court of Federal Claims

No. 05-981 C
(Filed: April 23, 2007)

| | |
|---|---|
| K-CON BUILDING SYSTEMS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

By **no later than Friday, May 4, 2007**, the parties in the above-captioned case shall confer with each other and then contact the court to schedule a telephonic status conference to discuss Plaintiff's Motion to Compel. The parties shall contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, to schedule the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge