# In the United States Court of Federal Claims

No. 05-981 C
(Filed: May 1, 2007)

| | |
|---|---|
| K-CON BUILDING SYSTEMS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

A telephone status conference is scheduled in the above-captioned case for **Wednesday, May 16, 2007, at 11:00 a.m**. The court will telephone counsel to initiate the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge