# In the United States Court of Federal Claims

No. 05-981 C
(Filed: May 16, 2007)

| | |
|---|---|
| K-CON BUILDING SYSTEMS, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The court held a status conference in the above-captioned case on May 16, 2007, concerning Plaintiff's Motion to Compel, Plaintiff's Motion to Extend Scheduling Order, and Defendant's Motion for Additional Time to Respond to Plaintiff's Requests for Admissions. Initially, the court noted that its review of the record indicated that both parties had missed discovery deadlines in this case and that neither party appeared to be acting in bad faith. The court stated that the best course of action was to determine what, if any, discovery remained outstanding, and to set further deadlines as appropriate.

The parties informed the court that the only outstanding discovery request was plaintiff's inspection of documents in defendant's possession. They indicated that plaintiff is scheduled to inspect copies of the documents in Washington, DC, from June 6-8, 2007. However, plaintiff prefers to inspect the original documents, which are located in the Norfolk-Virginia Beach, VA area. Defendant was uncertain whether those original documents could be made available for inspection in the Norfolk-Virginia Beach, VA area by June 6-8.

After further discussion, the parties agreed to the following:

- Defendant shall contact agency counsel today, **Wednesday, May 16, 2007**, to ascertain the availability for inspection of the original documents in the Norfolk-Virginia Beach, VA area. Regardless of the response, or lack thereof, defendant shall then contact plaintiff to apprise plaintiff of the situation.

- By **no later than one week from today, i.e., by Wednesday, May 23, 2007**, defendant shall file a status report indicating whether the original documents

will be available in the Norfolk-Virginia Beach, VA area from June 6-8, and if not, when the documents would be available for inspection.

- Plaintiff will come to Washington, DC from June 6-8 and inspect the copies of the documents located in the office of defense counsel.

- After consultation with plaintiff, defendant shall file another status report by **no later than Friday, July 13, 2007**, indicating the parties' progress in completing discovery.

- If the parties agree to a date for plaintiff to inspect the original documents before July 13, 2007, they shall confer and file a joint status report proposing new discovery deadlines. The court will then issue an order containing new discovery deadlines and vacating the July 13, 2007 status report requirement.

If, at any time, the parties require the court's assistance, they may file a request to convene a status conference or call chambers to set up a status conference.

Plaintiff's Motion to Compel is **DENIED**. Plaintiff's Motion to Extend Scheduling Order is **GRANTED**. Defendant's Motion for Additional Time to Respond to Plaintiff's Requests for Admissions is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge