IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K-CON BUILDING SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-981C |
| v. | ) | (Judge Sweeney) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant submits the following status report pursuant to the Court's May 16, 2007 order. Defendant's counsel has conferred with agency counsel and the contracting officer, and has confirmed that the agency will be able to produce original non-privileged documents responsive to plaintiff's request for production for inspection and copying at the United States Coast Guard Facilities Design & Construction Center at 555 Robinhood Rd., Suite K, Norfolk, VA 23513 on or before June 6, 2007. Plaintiff's counsel has informed defendant's counsel, however, that he is not able to travel to Norfolk from June 6-8, 2007, and on May 23, 2007 proposed inspecting the documents on June 20-21, 2007 instead.

Defendant's counsel requires additional time to consult with the agency and consider the needs of his other cases before responding to counsel's proposal, but has every confidence that the parties will be able to find a mutually convenient date on which defendant's counsel may review the documents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 514-4678
Fax: (202) 514-8624

May 23, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 23, 2007, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler
ROBERT E. CHANDLER