IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K-CON BUILDING SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-981C |
| v. | ) | (Judge Sweeney) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant submits the following status report pursuant to the Court's May 16, 2007 order.

Since defendant's last status report, submitted May 23, 2007, the parties have made the following progress in discovery:

- Plaintiff's counsel inspected copies of non-privileged, responsive documents maintained by the United States Coast Guard (the "Coast Guard") in electronic form from June 6-8, 2007 in Washington D.C.
- On June 15, 2007, plaintiff served its responses to Defendant's First Set of Interrogatories and Requests for Production of Documents. Defendant has taken the view that plaintiff's responses do not comply with the Rules of the Court of Federal Claims ("RCFC"). The parties' attempts to resolve the matter without court action have thus far not been fruitful. The defendant therefore anticipates submitting a motion to compel additional discovery responses.

- The parties agreed to exchange documents in this case on or before June 25, 2007, or as soon as practicable thereafter if their copy services were unable to meet that deadline. Defendant provided copies of the documents it was to produce on June 25, 2007. Plaintiff’s counsel informed defendant’s counsel on July 12, 2007 that the documents to be produced by plaintiff had been shipped.
- The parties have further agreed that plaintiff’s counsel will review the non-privileged, responsive documents maintained by the Coast Guard in original hard-copy format from July 16-18, 2007 at the Coast Guard Facilities Design & Construction Center at 555 Robinhood Rd., Suite K, Norfolk, VA 23513.
- Defendant has noticed four depositions. The parties currently are negotiating the dates those depositions will take place.

In addition, the parties have conferred regarding a discovery schedule going forward in this matter. They have been unable, however, to agree upon a schedule. The points of departure between the parties are with respect to (i) when the first expert report will be due, (ii) whether rebuttal expert reports will be provided and (iii) the date for the close of

discovery. The proposed discovery schedule of each of the parties appears below:

| **Event** | **Plaintiff's Proposal** | **Defendant's Proposal** |
|---|---|---|
| Plaintiff's Expert Report Due | T[1] + 30 | August 3, 2007 |
| Defendant's Expert Report Due | T + 60 | September 3, 2007 |
| Plaintiff's Rebuttal Report Due | None | October 3, 2007 |
| Defendant's Rebuttal Report Due | None | November 2, 2007 |
| Close of Discovery | December 1, 2007 | March 1, 2007 |

We therefore request a status conference with the Court in order to determine a schedule for discovery, and a briefing schedule with respect to the motion to compel to be filed by defendants.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

[1] "T" means the date that defendant delivers copies of the documents reviewed by plaintiff in Norfolk July 16-18, 2007.

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 514-4678
Fax: (202) 514-8624

July 13, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 13, 2007, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler
ROBERT E. CHANDLER