# In the United States Court of Federal Claims

No. 05-981 C
(Filed: July 18, 2007)

| | |
|---|---|
| *********************************** | |
| K-CON BUILDING SYSTEMS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

The court has reviewed Defendant's Status Report filed in the above-captioned case on July 13, 2007. By **no later than Friday, July 27, 2007**, the parties shall confer and then contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6646, to schedule a status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge