# In the United States Court of Federal Claims

No. 05-981 C
(Filed: July 27, 2007)

***********************************
K-CON BUILDING SYSTEMS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

A status conference is scheduled in the above-captioned case for **Thursday, August 2, 2007, at 3:00 p.m.** The court will contact the parties to initiate the conference call.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge