# In the United States Court of Federal Claims

No. 05-981 C
(Filed: August 2, 2007)

| | |
|---|---|
| K-CON BUILDING SYSTEMS, INC., Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

During a status conference convened in the above-captioned case on August 2, 2007, the parties agreed to the following deadlines:

- Defendant shall serve on plaintiff the documents currently in the process of being Bates stamped **no later than Wednesday, August 8, 2007**.

- Plaintiff shall file a status report **no later than Monday, August 20, 2007**, identifying what documents, if any, have not been produced by defendant.

Then, on **Thursday, August 23, 2007, at 10:00 a.m.**, the court will convene a telephonic status conference to discuss what additional discovery is needed in this case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge