# In the United States Court of Federal Claims

No. 05-981 C
(Filed: August 23, 2007)

| | |
|---|---|
| K-CON BUILDING SYSTEMS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

During a status conference convened in the above-captioned case on August 23, 2007, the parties agreed to the following deadlines:

- Plaintiff's expert report is due **no later than Tuesday, October 9, 2007**.[1]
- Defendant's expert report is due **no later than Thursday, November 8, 2007**.
- All depositions shall be completed **no later than Monday, March 17, 2008**.

Then, **no later than Friday, March 28, 2008**, the parties shall file a joint status report proposing further proceedings in this case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

---

[1] During the status conference, the parties agreed to plaintiff's proposed deadline of October 8, 2007. October 8, 2007, is a federal holiday. Accordingly, the court moved the deadline one day forward.