**PEDERSEN & SCOTT, P.C.**
Attorneys at Law
775 St. Andrews Blvd.
Charleston, South Carolina 29407
Phone (843) 556-5656 Fax (843) 556-5635

August 27, 2007

**VIA PERSONAL SERVICE**
John McGrath
Contract Solutions
783 South Corona
Denver, CO 80209

**RE: K-Con Building Systems, Inc. v. U.S. Department of Homeland Security, United States Coast Guard**
**Case Nos.: 05-914C (Elizabeth City)**
**05-981C (St. Petersburg)**
**05-1054C (Port Huron)**

Dear Mr. McGrath:

Please find enclosed for service upon you a Subpoena *Duces Tecum* in connection with the above-referenced case. This subpoena requires the production of documents for inspection and copying, but does not require your appearance. I, or someone in my place, will inspect the documents at your office and arrange for copies to be made. The subpoena requires the documents be made available on September 13, 2007; however, if this date is inconvenient, please contact my office and we will schedule another date.

I appreciate your cooperation and assistance in this matter. If you have any questions, please contact me.

With regards,

William A. Scott

WAS/pb
Enclosure

cc: Eric Combs (w/enc.)
Robert Chandler, Esquire (w/enc.)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **K-CON BUILDING SYSTEMS, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**UNITED STATES OF AMERICA, DEPARTMENT OF HOMELAND SECURITY, UNITED STATES COAST GUARD,**<br><br>**Defendant.** | **Nos.: 05-914C (Judge Block)**<br>**05-981C (Judge Sweeney)**<br>**05-1054C (Judge Block)**<br><br>**SUBPOENA**<br>**(*Duces Tecum*)** |

**To: John McGrath, Contract Solutions, 783 South Corona, Denver, CO 80209**

1. YOU ARE COMMANDED to appear in the above named court at the place, date and time specified below to testify in the above case.
Place of Testimony:
Date and Time:

2. YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.
Place of Deposition:
Date and Time:

3. YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects in your possession, custody or control at the place, date and time specified below: **SEE ATTACHMENT "A" ATTACHED HERETO**
Place: **Contract Solutions, 783 South Corona, Denver, CO 80209**
Date and Time: **September 13, 2007, 10:00 a.m.**

4. YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:
Premises:
Date and Time:

Any organization not a party to this suit that is subpoenaed for taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.

[signature] Attorney for Plaintiff August 27, 2007
ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DATE

William A. Scott, Pedersen & Scott, P.C., 775 St. Andrews Blvd., Charleston, SC 29407 (843) 556-5656
ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

NOTE: - If the place of travel is more than 100 miles (by the shortest usual means of travel) from the place where the subpoena is served, or if the place of the deposition is more than 100 miles from the place where the deponent resides, is employed or transacts business in person, the person served may regard the command as optional unless there is attached to the subpoena an order of the court requiring his/her appearance, notwithstanding the distance of travel. In any event, response to the subpoena will entitle the person to the fees and mileage allowed by law (28 U.S.C. §1821).

**ATTACHMENT "A"**

Please provide the below listed documents in connection with the following cases:

Case No. 05-914C, Contract No. DTCG47-03-F-3EFK27, construction of a prefabricated ARSC Component Repair Shop (prefabricated metal building) at the United States Coast Guard Support Center, Elizabeth City, North Carolina.

Case No. 05-981C, Contract No. DTCG47-03-F-3EFK17, construction of a prefabricated metal building in St. Petersburg, Florida.

Case No. 05-1054C, Contract No. DTCG47-03-F-3EFK24, construction of a prefabricated metal building at the United States Coast Guard Station, Port Huron, Michigan.

1. Any and all documents in your possession that are listed on any of the three (3) attached Privilege Logs.

2. Any and all documents provided by the Government and/or the attorney for the Government relating to the three above listed cases/contracts, except for the documents with the following bate numbers (or duplicates thereof) unless such documents are listed on any of the Privilege Logs referred to in paragraph 1above, or you made any marks or notes on any such document.

    Case No. 05-0914 (Elizabeth City)
    CGEC-001 to CGEC-240
    CG00343 to CG00856
    CG00857 to CG01422
    KCon-A-00001 to KCon-A-00801
    KCon-B-00001 to KCon-B-00349
    KCon-M-00001to KCon-M-00788
    KCon-S-00006 to KCon-S-01174
    CG00001 to CG00342

    Case. No. 05-981 (St. Petersburg)
    CG-STP-0001 to CG-STP-1046

    Case No. 05-1054 (Port Huron)
    CG-PH-0001 to CG-PH-2522

3. Any and all documents relating to any review, evaluation, and/or analyses performed by you on any of the above listed contracts, other than the documents identified in Paragraph 2 above.

4. Any and all documents or correspondences of any type whatsoever to/from the Government and/or the Government's attorney(s) relating to the above listed contracts.

5. Any and all documents relied upon in forming any opinions relating to these cases/contracts.

6. Any and all documents relating to any reports and/or opinions you have prepared relating to any of the three above listed contracts.

WMB

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| K-CON BUILDING SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Nos.: 05-914C |
| vs. | ) 05-981C |
| | ) 05-1054C |
| UNITED STATES OF AMERICA, | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| UNITED STATES COAST GUARD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

The undersigned legal assistant at the law office of Pedersen & Scott hereby certifies that the **Subpoena *Duces Tecum* to John McGrath (Contract Solutions)** in the above-captioned case has been placed in an envelope, prepaid, addressed and mailed via U.S. Mail to:

Robert Chandler, Esquire
Commercial Litigation Branch - Civil Division
U.S. Department of Justice
1100 L. Street NW, 8th Floor
Washington, D.C. 20530

Patricia Bryant
Patricia Bryant
Legal Assistant

Dated this 27th day of August, 2007.

**K-CON BUILDING SYSTEMS, INC. v. UNITED STATES**
**U.S. COURT OF FEDERAL CLAIMS NO. 05-981**

**ST. PETERSBURG DOCUMENTS - E-MAILS**
**PRIVILEGED DOCUMENTS LOG - AUGUST 21, 2007**

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 1 | **CG-STP-1047** | 12-21-06 | K-Con Final Decisions | Cathy Broussard | Allen Lotz<br>cc: Steven Alen<br>cc: Eric Hanson | Attorney Client |
| 2 | **CG-STP-1047** | 1-16-07 | RE: K-Con v. US - Port Huron and St. Petersburg | Steven Allen | Cathy Broussard | Attorney Client |
| 3 | **CG-STP-1050** | 11-9-05 | FW: K-Con complaints | Elaine Eder | Cathy Broussard<br>Philip Gillihan<br>cc: David Stinson | Attorney Client |
| 4 | **CG-STP-1051** | 12-1-05 | RE: St. Petersburg File | Audrey Roh | Cathy Broussard | Attorney Client |
| 5 | **CG-STP-1052** | 12-12-05 | Drawings for tabs 12 and 13 | Audrey Roh | Steven Allen<br>cc: Cathy Broussard | Attorney Client |
| 6 | **CG-STP-1053** | 12-12-05 | Hurricane Jeanne | Audrey Roh | Steven Allen<br>Cathy Broussard | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 7 | **CG-STP-1053** | 12-12-05 | KCON | Audrey Roh | Steven Allen<br>cc: Cathy Broussard | Attorney Client |
| 8 | **CG-STP-1054** | 12-12-05 | RE: Hurricane Jeanne | Steven Allen | Audrey Roh<br>Cathy Broussard | Attorney Client |
| 9 | **CG-STP-1054** | 12-12-05 | RE: KCON | Steven Allen | Audrey Roh<br>cc: Cathy Broussard | Attorney Client |
| 10 | **CG-STP-1055** | 12-15-05 | Draft Litigation Report- pls reply | Audrey Roh | Cathy Broussard<br>Steven Allen<br>Henry Ames<br>Philip Gillihan | Attorney Client |
| 11 | **CG-STP-1056** | 12-15-05 | FW: Draft answer in Elizabeth City complaint | Audrey Roh | Donna Miller<br>Cathy Broussard | Attorney Client |
| 12 | **CG-STP-1057** | 12-16-05 | KCON NC FL MC all | Audrey Roh | Cathy Broussard | Attorney Client |
| 13 | **CG-STP-1058** | 6-29-06 | St Pete Warehouse Claim - response to letter | Steven Allen | Cathy Broussard<br>Henry Ames<br>cc: Michael Schmitt | Attorney Client |
| 14 | **CG-STP-1058** | 7-6-06 | K-Con Construction Cases (Court of Fed Claims) | Audrey Roh | Cathy Broussard<br>cc: Donna Miller<br>cc: David Stinson<br>cc: Timothy Chenault<br>cc: Elaine Eder | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 15 | **CG-STP-1059** | 7-6-06 | FW: K-Con Construction Cases (Court of Fed Claims) | Audrey Roh | Cathy Broussard<br>cc: Donna Miller<br>cc: David Stinson<br>cc: Timothy Chenault<br>cc: Elaine Eder | Attorney Client |
| 16 | **CG-STP-1061** | 7-10-06 | Claim from KCON regarding St Petersburg FL Warehouse | Steven Allen | Audrey Roh<br>cc: Cathy Broussard<br>cc: Henry Ames | Attorney Client |
| 17 | **CG-STP-1061** | 1-3-07 | RE: K CON Final Decisions | Steven Allen | Cathy Broussard<br>cc: Henry Ames<br>cc: Jose Pena | Attorney Client |
| 18 | **CG-STP-1062** | 8-17-05 | RE: Final Decision St Pete K CON | Philip Gillihan | Cathy Broussard | Attorney Client |
| 19 | **CG-STP-1065** | 6-29-06 | St Pete Warehouse Claim - response to letter | Steven Allen | Cathy Broussard<br>Henry Ames<br>cc: Michael Schmitt | Attorney Client |
| 20 | | 12-28-06 | Pt Huron, St Pete Discussion Files | John McGrath | Robert Chandler | Attorney Client<br>Work Product |
| 21 | | 1-2-07 | Revised K-Con Work Product | John McGrath | Robert Chandler | Attorney Client<br>Work Product |
| 22 | | 1-17-07 | Contract Solutions<br>K-Con Invoice #2 | John McGrath | Robert Chandler | Attorney Client<br>Work Product |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 23 | | 6-15-07 | RE: Contract Solutions<br>K-Con Invoice #2 | Robert Chandler | John McGrath | Attorney Client<br>Work Product |
| 24 | | 6-29-07 | Documents Received - K-Con | John McGrath | Robert Chandler | Attorney Client<br>Work Product |