**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **K-CON BUILDING SYSTEMS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No.: 05-981 C** |
| **vs.** | ) | **(Judge Sweeney)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| **UNITED STATES COAST GUARD,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO EXTEND SCHEDULING ORDER**

Pursuant to RCFC 6(b)(1) and RCFC 7, the Plaintiff respectfully requests that the due date for the Plaintiff's expert report be extended from October 9, 2007, as set forth in the Court's Order dated August 23, 2007, to October 31, 2007. This is the third request to amend the Scheduling Order and is requested because (1) the Government has not produced all of the documents requested in discovery, and (2) the Plaintiff's expert has requested an extension due to his schedule. The Plaintiff has previously filed a Motion to Compel to resolve the dispute on the production of documents. The Plaintiff has also provided its expert with documents produced thus far and the expert is working on his report with the documents and information that is available. When the Plaintiff's expert advised Plaintiff's counsel on October 4th that he did not expect to complete the report by the 9th, Plaintiff's counsel immediately advised the Government's counsel and asked is there was an objection to extending the time to submit the report. Plaintiff's counsel received an automatic email response advising that the Government's counsel was out of the office until Oct. 9th.

Respectfully submitted.

**PEDERSEN & SCOTT, P.C.**

S/ William A. Scott
William A. Scott, Esquire
775 St. Andrews Blvd.
Charleston, South Carolina 29407
(843) 556-5656
Fax (843) 556-5635
ATTORNEY FOR PLAINTIFF,
K-CON BUILDING SYSTEMS, INC.

Dated this 8th day of October, 2007.