# In the United States Court of Federal Claims

No. 05-981 C
(Filed: October 15, 2007)

| | |
|---|---|
| K-CON BUILDING SYSTEMS, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On October 8, 2007, plaintiff in the above-captioned case filed Plaintiff's Motion to Extend Scheduling Order, and on October 11, 2007, defendant filed Defendant's Response to Plaintiff's Motion to Extend Scheduling Order and Unopposed Motion for an Enlargement of Time. Plaintiff's motion seeks a twenty-two-day enlargement of time in which to provide defendant with its expert report. Defendant indicates that it does not oppose plaintiff's request, and on its own behalf, requests an additional sixteen days in which to respond to plaintiff's motion to compel and a twenty-two-day enlargement of time in which to provide plaintiff with its expert report. Defendant represents that plaintiff does not oppose its requests for enlargements of time. Both motions are **GRANTED**.

Accordingly, defendant shall file a response to plaintiff's motion to compel **no later than Wednesday, October 31, 2007**. Further, the court modifies the discovery deadlines such that plaintiff's expert report is due **no later than Wednesday, October 31, 2007**, and defendant's expert report is due **no later than Friday, November 30, 2007**. Finally, as previously ordered by the court, all depositions shall be completed **no later than Monday, March 17, 2008**, and the parties shall file a joint status report proposing further proceedings in this case **no later than Friday, March 28, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge