# In the United States Court of Federal Claims

No. 05-981 C
(Filed: November 1, 2007)

```
***********************************
K-CON BUILDING SYSTEMS, INC.,     *
                                  *
              Plaintiff,          *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

**ORDER**

On October 31, 2007, defendant in the above-captioned case electronically filed Defendant's Response to Plaintiff's Motion to Compel and Motion for Additional Time to Respond to Plaintiff's Requests for Admissions ("Response"). Defense counsel did not sign the Response. Apparently, upon realizing that he did not sign the Response, counsel electronically filed a corrected Response that included his signature. The clerk's office notified the undersigned of two deficiencies with defendant's corrected Response:

- Defendant did not include in the corrected Response "a table of contents, including the specific contents of any appendix or appendices to the brief or memorandum, listing the various items in the appendix" pursuant to RCFC 5.2(a)(1)(A), a table of authorities pursuant to RCFC 5.2(a)(1)(B), or a separate table of contents for the appendix at the beginning of the appendix pursuant to RCFC 5.2(a)(1)(G).

- Defendant did not request leave of the court to file the corrected Response.

Accordingly, the court **STRIKES** both the Response (Docket # 43) and the corrected Response (Docket # 44). Defendant shall file a response to plaintiff's motion to compel that conforms to the RCFC **no later than Tuesday, November 6, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge