[illegible] Mtg [illegible]

Donna, Bill, Donna, Capt, Mike, Dave, Jim, PAT, Eric

| | | |
|---|---|---|
| CST - Pt Huron | CCD 11/20/04 | |
| E City | 10/21/04 | |
| St Pete | 7/26/04 | 20% |

Capt discussed that all three projects are having problems - even though they have 3 separate PM's @ K-Con. Outcome preferred is to ensure contract completion on time -

Per Bill Failure to date has been in the design area - they have not met the schedule.

Pt. Huron - first 50% design -
Bill talked about ~~have~~ ~~were~~ whether steel or concrete shortages will be given time - must show how schedule was impacted -

PAT - Admit faults & move on - did not - should have asked for mtg 60 Days ago.

53 - projects - K-Con -
Our 3 - projects are the only ones having problems -
Biggest error in discussions w/ USCG prior to award -
~~[illegible]~~ - Pricing submitted over budget - prices modified changed - got to budget -
As if nothing had changed - systematic error - no matter what was said - Standard commercial practices is how they expected to perform.

Pt Huron generated scope of work -

E City - off schedule -
Targeted for D/B - GSA -
Fast Track - why hasn't it began? - Foundations - should be spelled out in spec - if its allowed to start early (Fast Track)

We want a realist schedule that reflects a realist CCD - We need to know on all 3 projects - 4

CG-STP-2553

EXHIBIT 2

Revised Schedules that
Show the correct CCD -
- Feedback on how we
Can approve D/B process.
- Design intent - we want
away from 35% to reduce
the burden -
Get us the Specific on
design/Engineering approach that
is the Commercial world.
Advise us what we are
expecting that is above the
commercial grade. what on
our jobs exceed the normal
commercial grades, etc.
Per Bill
St. Pete - Behind schedule
Cannot meet - schedule - per PAT -
we/ need a revised schedule.
you'll either be in Damages or
present a good reason why you
Can't meet schedule.

~~[illegible]~~
Capt - Valued comments from
K-Con - along with with
their comments.

K-Con Mtg [illegible]

Donna, Bill, Donna, Capt, Mike, Dave, Jim, PAT, Eric

| | | | |
|---|---|---|---|
| CST - Pt Huron | CCD 11/20/04 | | |
| E City | 10/21/04 | | |
| St Pete | 7/26/04 | 20% | |

Capt discussed that all three projects are having problems - even though they have 3 separate PM's @ K-Con. Outcome preferred is to ensure contract completion on time -

Per Bill Failure to date has been in the design area - they have not met the schedule.

Pt. Huron - just 50% design -

Bill talked about ~~how~~ ~~was~~ whether steel or concrete shortages ?? be given time - must show how schedule was impacted -

PAT - admit faults & move on - did not - should have asked for rty 60 Days ago.

53 - projects - K-Con -

Our 3 - projects are the only ones having problems -

Biggest error in discussions w/ USCG prior to award -

~~[illegible]~~ - Pricing submitted - over budget - prices modified changed - got to budget -

As if nothing had changed -

Systematic error - no matter what was said - Standard Commercial practices is how they expected to perform.

Pt Huron generated scope of work -

E City - off schedule -

Targeted for D/B - GSA - Fast Track - why hasn't it began? - Foundations - should be spelled out in spec - if its allowed to start early (Fast Track)

We want a realist schedule that reflects a realist CCD - We need to know on all 3 projects - ?

CG-STP-2555

Revised Schedules that
Show the correct CCD -
- Feedback on how we
can approve D/B process.
- Design intent - we want
away from 35% to reduce
the burden -
Get us the Specific on
Design/Engineering approach that
is the commercial world -
Advise us what we are
expecting that is above the
commercial grade. what our
own jobs exceed the normal
commercial grades etc.

Per Bill
St. Pete - Behind Schedule.
Cannot meet - Schedule - per PAT -
we/need a revised Schedule.
you'll either be in Damages or
present a good reason why you
Can't meet Schedule.

~~[illegible]~~
Capt - Valued comments from
K-Con - along with with
their comments.