# In the United States Court of Federal Claims

No. 05-981 C
(Filed: November 27, 2007)

| | |
|---|---|
| K-CON BUILDING SYSTEMS, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On November 19, 2007, plaintiff in the above-captioned case filed its Reply to Response to Motion to Compel. The clerk's office notified the undersigned of the following deficiencies in its reply: Plaintiff did not include "a table of contents, including the specific contents of any appendix or appendices to the brief or memorandum, listing the various items in the appendix" pursuant to RCFC 5.2(a)(1)(A), a table of authorities pursuant to RCFC 5.2(a)(1)(B), or a separate table of contents for the appendix at the beginning of the appendix pursuant to RCFC 5.2(a)(1)(G). These deficiencies are identical to those the clerk's office noted with respect to defendant's response. See Order of Nov. 1, 2007. Accordingly, the court will proceed in an identical manner. The court **STRIKES** plaintiff's Reply to Response to Motion to Compel. Plaintiff shall file a reply in support of its motion to compel that conforms to the RCFC **no later than Monday, December 3, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge