# In the United States Court of Federal Claims

No. 05-981 C
(Filed: March 5, 2008)

************************************
K-CON BUILDING SYSTEMS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

Pursuant to the court's February 7, 2008 order, on February 29, 2008, defendant in the above-captioned case filed the Declaration of John R. McGrath, which described Mr. McGrath's role in this case. Subsequently, on March 4, 2008, plaintiff, without leave of court, filed Plaintiff's Supplemental Reply to Response to Motion to Compel and Reply to Declaration of John R. McGrath. The court will permit plaintiff's submission to be filed by its leave, but reminds plaintiff that if a proposed submission is not expressly provided for by the Rules of the United States Court of Federal Claims or permitted by court order, the appropriate way to proceed is to file a motion for leave to file the proposed submission.

The court will provide defendant with an opportunity to respond to plaintiff's supplemental brief. Defendant shall file its response **no later than Wednesday, March 19, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge