IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K-CON BUILDING SYSTEMS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-981 |
| v. | ) | (Judge Sweeney) |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR DISCOVERY

The United States hereby moves for an extension of the discovery deadline from March 17, 2008 to June 13, 2008. Following the e-mail exchange described in the third paragraph of this motion, Government's counsel was unable to reach plaintiff's counsel to determine whether plaintiff will oppose this motion.

In its order of February 7, 2008, the Court suggested that an extension of the time to conduct discovery might be appropriate in this case. The defendant believes that an extension of the time for discovery until June 13, 2008 would serve the interests of justice and would be in the mutual best interests of the parties. We therefore respectfully request that the Court establish June 13, 2008 as the date for the close of discovery in the above-captioned matter. The defendant also requests that the Court establish a due date of June 19, 2008 for the submission of a joint status report following the close of discovery.

We note that plaintiff initially agreed that an extension of time to June 13, 2008 would be appropriate, but earlier today

declined to permit this motion to be filed as a joint motion out of concern that additional time for discovery may be necessary in the event that the Court orders defendant to produce documents as a result of plaintiff's pending motion to compel. Plaintiff's counsel expressed to defendant's counsel that plaintiff preferred to wait until the Court had reached a decision with respect to its motion to compel. Defendant felt it was necessary, however, to submit a motion to the Court today, given that today represents the close of discovery pursuant to the Court's order of October 15, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

Attorneys for Defendant

March 17, 2008

CERTIFICATE OF FILING

I hereby certify that on this 17th day of March 2008, a copy of the foregoing "MOTION FOR EXTENSION OF TIME FOR DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler