# In the United States Court of Federal Claims

No. 05-981 C
(Filed: March 19, 2008)

| | |
|---|---|
| K-CON BUILDING SYSTEMS, INC., Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On March 17, 2008, defendant in the above-captioned case filed Defendant's Motion for Extension of Time for Discovery. Currently, pursuant to the court's October 15, 2007 order, discovery was set to close on March 17, 2008, with a joint status report due on March 28, 2008. As defendant notes, the court suggested in its February 7, 2008 order that an enlargement of the discovery schedule may be necessary given plaintiff's pending motion to compel. Thus, defendant seeks to extend the close of discovery until June 13, 2008, and suggests that the parties file a joint status report by June 19, 2008. Defendant conferred with plaintiff prior to filing its motion, and represents that plaintiff "preferred to wait until the Court had reached a decision with respect to its motion to compel" before agreeing to a new discovery closing date.

Given the expiration of the existing discovery closing deadline and the court's suggestion in its February 7, 2008 order, the court understands defendant's rationale for filing a motion for enlargement of time. However, the court believes that it would make more sense to establish new discovery deadlines after it rules on plaintiff's motion to compel. Accordingly, the court **VACATES** the remaining deadlines set forth in its October 15, 2007 order, and will establish new deadlines in a future order. Further, the court is prepared to hear argument on plaintiff's motion to compel. Thus, by **no later than Friday, April 4, 2008**, the parties shall confer, and then contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, to schedule the argument.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge