# In the United States Court of Federal Claims

No. 05-981 C
(Filed: April 1, 2008)

| | |
|---|---|
| K-CON BUILDING SYSTEMS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

The court will hold a telephonic oral argument in the above-captioned case on Plaintiff's Motion to Compel on **Monday, April 14, 2008, at 3:30 p.m. (EDT)**. The court will initiate the telephone conference call.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge