IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| K-CON BUILDING SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-981<br>(Judge Sweeney) |

DEFENDANT'S STATUS REPORT AND
MOTION FOR AN ENLARGEMENT OF TIME

On April 15, 2008, the Court issued an order that, among other things, directed the defendant to submit certain documents to the Court for in camera inspection, to produce certain documents to the plaintiff and to submit a status report apprising the Court of the status of discussions with Mr. Boudreault. In response, the Government respectfully submits this status report and motion for an enlargement of time within which to file and produce the documents that are the subject of the Court's order. Plaintiff has indicated that it will oppose defendant's motion for an enlargement of time.[1]

Defendant's counsel has been in contact with Mr. Boudreault, and he has agreed to produce the documents that are the subject

[1] In an email late in the day on the date of this filing, plaintiff's counsel indicated that plaintiff would consent to defendant's proposed enlargement if defendant first provided the documents that defendant has obtained to date. Defendant's counsel is out of the office until May 1, 2008, however, and is unable to arrange for a partial filing while he is away.

of plaintiff's subpoena.[2] Defendant's counsel has informed plaintiff's counsel that Mr. Boudreault is willing to make the documents available. Plaintiff's counsel informed defendant's counsel that he is attempting to secure a means of making copies at Mr. Boudreault's home, and the parties intend to set a date for the inspection that is mutually convenient for the plaintiff and Mr. Boudreault after plaintiff has determined the person(s) who will conduct the inspection.

Defendant requests additional time within which to submit documents to the Court and to produce documents to the plaintiff. In the ten business days since the status conference convened in this matter on April 14, 2008, defendant's counsel has been on travel for office matters eight of those days. During that time, defendant's counsel has had only narrow windows of time within which to conduct other business. Although defendant has made significant progress in securing the necessary documents, several documents have proven to be more difficult to secure than defendant's counsel anticipated during the April 14, 2008 status conference. In particular, defendant's counsel has been informed that the Government used an outside organization to arrange for Mr. Boudreault's services, and that the organization is no longer in existence; thus, the Government has not yet been able to obtain a copy of Mr. Boudreault's contract. In addition, although later versions are available, the Government has not yet

[2] Indeed, Mr. Bouldreault indicated to defendant's counsel that he made the subject documents available for inspection and copying at the date, time and place demanded in plaintiff's subpoena, but that plaintiff failed to appear to inspect the documents.

been able to obtain a copy of the 1999 version of COMDTINST 7310.1F. Finally, defendant's counsel is still attempting to obtain a signed file copy of the complete contract between the Government and Mr. McGrath.

Defendant's counsel has not been able to respond effectively to these unanticipated difficulties given his limited availability since April 14, 2008. Defendant's counsel believes, however, that an additional 14 days will provide sufficient time for the Government to obtain the remaining documents, or to make a determination that it will not be able to do so. We therefore respectfully request an additional 14 days within which to submit to the Court and produce to plaintiff the documents that are the subject of the Court's April 15, 2008 order.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

Attorneys for Defendant

April 28, 2008

CERTIFICATE OF FILING

I hereby certify that on this 28th day of April 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT AND MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler