IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K-CON BUILDING SYSTEMS, INC., Plaintiff, | ) | No. 05-981C (Judge Sweeney) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

## DEFENDANT'S STATUS REPORT

Defendant submits the following status report addressing our compliance with the Court's orders of April 15, 2008 and April 29, 2008. In those orders, the Court required the Government to produce certain documents to plaintiff on or before May 12, 2008.[1]

Defendant's counsel contacted Carl Boudreault and arranged for the inspection of documents at Mr. Boudreault's residence on May 12, 2008. Defendant's counsel has been informed by Mr. Boudreault that the inspection and copying took place as scheduled.

In accordance with the Court's orders of April 15, 2008, and April 29, 2008, defendant produced to plaintiff on or before May 12, 2008: (i) COMDTINST 7310.1F (January 20, 1999) and (ii) the solicitation at issue in this contract.[2]

In attempting to comply with the Court's order to produce the contract between the United States Coast Guard and the employer of inspector Carl Boudreault, we have learned that no such contract ever existed. The Coast Guard procured Mr. Boudreault's services through a

---

[1] We note that the Court also required the Government to submit certain documents for in camera inspection and to submit a status report regarding the status of our discussions with Mr. Boudreault. We completed these requirements on May 9, 2008 and April 28, 2008, respectively.

[2] Initially, we sent plaintiff an incomplete solicitation, as a result of a technical problem. We provided the missing portions of the solicitation on May 14, 2008.

Cooperative Administrative Support Unit (CASU), which is an interagency cooperative that supplies services to Federal agencies. A CASU is similar to a temp agency - when the Coast Guard (or other agency) needs services, it submits a Military Interdepartmental Purchase Request (MIPR) to the CASU, and the CASU arranges for the services to be provided by existing suppliers with whom it already has contracts. The CASU then bills the requesting agency for the services.

In this case, Mr. Boudreault's services were procured through the Greater Hampton Roads CASU (GHRCASU). That particular CASU is no longer in operation. To date, we have not been able to determine whether and where the documents maintained by GHRCASU have been archived. We have, however, produced to the plaintiff a copy of the MIPR submitted by the Coast Guard to GHRCASU. A copy of the MIPR also has been attached to this status report as Exhibit A.

Although not required by the Court's order of April 15, 2008, we have, in the spirit of cooperation in discovery, attempted to locate a copy of the contract between GHRCASU and Mr. Boudreault's employer.[3] The Coast Guard does not believe it has ever had possession of such an agreement. We are attempting to determine whether the GHRCASU documents were archived and, if so, how they might be retrieved. If we locate the agreement, we will produce it to plaintiff.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

---

[3] We note that Mr. Boudreault informed Government counsel that a copy of his contract with his employer was among the documents he produced to plaintiff on May 12, 2008.

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 514-4678
Fax: (202) 514-8624

May 15, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 15, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler
ROBERT E. CHANDLER

Exhibit A



DEPARTMENT OF HOMELAND SECURITY

# PROCUREMENT PROCESS REQUEST RAPIDLY

PROCUREMENT REQUEST NO. 21-- MOD 0

DATE RECEIVED

1. NAME, PHONE NUMBER, AND ROUTING SYMBOL OF PERSON TO CONTACT
HECTOR A ROBERTS

2. TYPE OF REQUEST (Check one)
(●) NEW REQUEST FOR CONTRACT
( ) CHANGE TO PENDING PR NO.
( ) MODIFICATION TO CONTRACT OR ORDER NO.

3. ORIGINATING OFFICE DATA
FD + CC LANT

4. ADDITIONAL INFORMATION (Suggested supply sources, security data, etc.)
GREATER HAMPTON ROADS CASU
POC Name: 3/01/07
POC Phone:
POC Fax:
Mailcode:
Ext:
Phone: 757 962 1684

5. APPROVALS

| APPROVING OFFICIAL (A) | ROUTING SYMBOL (B) | DATE (C) | INTERNAL ROUTING INITIALS (D) | INTERNAL ROUTING ROUTING SYMBOL |
|---|---|---|---|---|
| LT. JOHN BARRESI | | 3/01/04 | [signature] | |
| | | | | |
| [signature] | [illegible] | 3/1/04 | [illegible] | |
| | | | | |

6. CONSIGNEE AND DESTINATION

7. DATE(S) REQUIRED
05/19/2004

8. GOVERNMENT FURNISHED PROPERTY
( ) YES (●) NO (IF "YES," SEE PAR. 8 OF INSTRUCTIONS ON PAGE 2.)

9. DESCRIPTION OF ITEMS OR SERVICES

| ITEM NO. (A) | ITEM OR SERVICE (Include Specifications and Special Instructions.) (B) | QTY (C) | UNIT (D) | ESTIMATED COST UNIT COST (E) | ESTIMATED COST AMOUNT (F) |
|---|---|---|---|---|---|
| 1 | INSPECTION SERVICES FOR USCG GROUP ST PETE RC. AND USCG STA YANKEETOWN 121. DTCG 47-04-X-3EM022<br>FUNDS AVAILABLE DATE 3/1/04<br>2/3/401/132/43/0/WH/73001/2553 | 0 | | $0.00 $40,335.57 | $40,335.57 |

10. ACCOUNTING DATA

SYSTEM DATA

CHECK APPLICABLE QUARTER
( ) 1ST ( ) 2ND (●) 3RD ( ) 4TH

TOTAL $40,335.57 $0.00

| AGY | DSTY | APPN CODE | LIM CODE | AFC CODE | ALIC | PROGRAM ELEMENT | COST CENTER | OBJECT CLASS | DOCUMENT NUMBER TYPE | DOCUMENT NUMBER FY | DOCUMENT NUMBER P.R. NUMBER | DOCUMENT NUMBER SUFFIX | PROJECT | ACCOUNTING AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

09/2004 09:57 757-673-4794 GHR CASU PAGE 02/02

28-04-4743EM022 / ST Pete / Yanktetown

# ACCEPTANCE OF MIPR

Page 1 of 1

O (Requiring Activity Address)(Include Zip Code)
FDCN ATLANTIC
...sia Tojeiro Rout Sym.: F&M
...rfolk, VA 23513-2400

2. MIPR NUMBER
DTCCA47-04-X-3EM022

3. AMENDMENT NO.
BASIC

4. DATE (MIPR Signature date)

5. AMOUNT (As listed on the MIPR)

The MIPR identified above is accepted and the items requested will be provided as follows: (Check as Applicable)

a. [X] ALL ITEMS WILL BE PROVIDED THROUGH REIMBURSEMENT (Category I)
b. [ ] ALL ITEMS WILL BE PROCURDED BY THE DIRECT CITATION OF FUNDS (Category II)
c. [ ] ITEMS WILL BE PROVIDED BY BOTH CATEGORY I AND CATEGORY II AS INDICATED BELOW
d. [ ] THIS ACCEPTANCE, FOR CATEGORY I ITEMS, IS QUALIFIED BECAUSE OF ANTICIPATED CONTINGENCIES AS TO FINAL PRICE. CHANGES IN THIS ACCEPTANCE FIGURE WILL BE FURNISHED PERIODICALLY UPON DETERMINATION OF DEFINITIZED PRICES, BUT PRIOR TO SUBMISSION OF BILLINGS.

7. [ ] MIPR ITEM NUMBER(S) IDENTIFIED IN BLOCK 13, "REMARKS" IS NOT ACCEPTED (IS REJECTED) FOR REASONS INDICATED.

| 8. TO BE PROVIDED THROUGH REIMBURSEMENT CATEGORY I | | | 9. TO BE PROCURED BY DIRECT CITATION OF FUNDS CATEGORY II | | |
|---|---|---|---|---|---|
| ITEM NO. a. | QUANTITY b. | ESTIMATED PRICE c. | ITEM NO. a. | QUANTITY b. | ESTIMATED PRICE c. |
| | | Contract: $39,544.68<br>Fee: 790.89 | | | |
| d. TOTAL ESTIMATED PRICE | | $40,335.57 | e. TOTAL ESTIMATED PRICE | | |

10. ANTICIPATED DATE OF OBLIGATION FOR CATEGORY II ITEMS

11. GRAND TOTAL ESTIMATED PRICE OF ALL ITEMS

12. FUNDS DATA (Check if Applicable)
a. [ ] ADDITIONAL FUNDS IN THE AMOUNT OF ________ ARE REQUIRED (See Justification in Block 13)
b. [ ] FUNDS IN THE AMOUNT OF ________ ARE NOT REQUIRED AND MAY BE WITHDRAWN

13. REMARKS

14. A
GHR CASU
Department of Veterans Affairs
4012 Raintree Road, Suite 140A
Chesapeake, VA 23321-3761

15. TYPED NAME AND TITLE OF AUTHORIZED OFFICIAL
Donald R. McKenzie, Jr.
GHR CASU Director

16. SIGNATURE [signature]

17. DATE 3-4-04

DD FORM 448-2, JUL 71 (EG) PREVIOUS EDITION WILL BE USED UNTIL EXHAUSTED.

MAR. 2.2004 9:47PM NO.121 P.4/4

# MILITARY INTERDEPARTMENTAL PURCHASE REQUEST

Page 1 of 2

| 2. FSC | 3. CONTROL SYMBOL NO | 4. DATE PREPARED | 5. MIPR NO | 6. AMEND NO |
|---|---|---|---|---|
| | 28-04-4743EM-022 | 03/01/2004 | DTCG47-04-X-3EM022 | BASIC |

7. TO:
GREATER HAMPTON ROADS CASU
4012 RAINTREE SUITE 140A
CHESAPEAKE, VA 23321

8. FROM: *(agency, name, telephone number of originator)*
Ph: (757)852-3408
CG FDCC ATLANTIC
5505 Robin Hood Rd. Suite K
Norfolk, VA 23513-2400
Maria Tojeiro

9. ITEMS ● ARE ◯ ARE NOT INCLUDED IN THE INTERSERVICE SUPPLY SUPPORT PROGRAM AND REQUIRED INTERSERVICE SCREENING ● HAS ◯ HAS NOT BEEN ACCOMPLISHED.

| ITEM NO. a. | DESCRIPTION (Federal stock number, nomenclature, specification and/or drawing no., etc.,) b. | QTY. c. | UNIT d. | ESTIMATED UNIT PRICE e. | ESTIMATED TOTAL PRICE f. |
|---|---|---|---|---|---|
| 1 | PROVIDE FULL TIME INSPECTOR IV, 824 HOURS 6 MONTHS OF INSPECTION SERVICES FOR PROJECTS USCG STA YANKEETOWN REPAIR STA BLDG 07M4321 AND USCG GROUP ST PETE - CONSTRUCT WAREHOUSE 07M8124<br><br>PERIOD OF PERFORMANCE: STARTING MAR 19, 2004 -AUG 13, 2004<br><br>NOTE:<br>A. THE AMOUNT OF THIS MIPR SHALL NOT BE EXCEEDED $40,335.57 WITHOUT PRIOR WRITTEN APPROVAL FROM THE CONTRACTING OFFICER.<br>B. TO FACILITATE REIMBURSEMENT, SHOW BOTH DTCG47-04-X-3EM022 AND 28-04-4743EM022 ON YOUR INVOICE.<br>C. FOR CATEGORY I, GROSS DISBURSEMENT ARE NOT AUTHORIZED.<br><br>MIPR GENERAL INSTRUCTIONS:<br><br>A. FORWARD ORIGINAL AND TWO COPIES OF ACCEPTANCE DD FORM 448-2 TO:<br>FACILITIES DESIGN AND CONSTRUCTION CENTER ATLANTIC<br>5505 ROBIN HOOD RD. SUITE K.<br>NORFOLK, VA 23513-2400 | 1 | JB | $40,335.57 | $40,335.57 |

10. SEE ATTACHED PAGES FOR DELIVERY SCHEDULES, PRESERVATION AND PACKAGING INSTRUCTIONS, SHIPPING INSTRUCTIONS AND INSTRUCTIONS FOR DISTRIBUTION OF CONTRACTS AND RELATED DOCUMENTS.

11. GRAND TOTAL: $40,335.57

12. TRANSPORTATION ALLOTMENT *(Used if FOB contractor's plant)*

13. MAIL INVOICES TO *(Payment will be made by)*
Interagency Agreements
USCG FINANCE CENTER
Chesapeake, VA 23326-1000
MIPR 28-04-4743EM-022
PAY OFFICE DODAAD Z 51800

14. FUNDS FOR PROCUREMENT ARE PROPERLY CHARGEABLE TO THE ALLOTMENTS SET FORTH BELOW, THE AVAILABLE BALANCES OF WHICH ARE SUFFICIENT TO COVER THE ESTIMATED TOTAL PRICE.

| ACRN | APPROPRIATION | LIMIT/ SUBHEAD | SUPPLEMENTAL ACCOUNTING CLASSIFICATION | ACCTG STA DODAAD | ACCOUNTING AMOUNT |
|---|---|---|---|---|---|
| 000 | 7040610 | | 2/3/401 /132/43/0/WH /73001 /2553<br>ALC 70-06-0000 28-04-4743EM-022 | Z | $40,335.57 |

| 15. AUTHORIZING OFFICER *(Type name and title)* | 16. SIGNATURE | 17. DATE |
|---|---|---|
| Cathy Broussard Contracting Officer | [signature] | 03/09/2004 |

**DETERMINATION AND FINDINGS: AUTHORITY TO ENTER INTO A PAYABLE INTER/INTRA AGENCY REIMBURSABLE AGREEMENT UNDER THE ECONOMY ACT**

Based on the following determination and findings, in accordance with the authority of the Economy Act (31 U.S.C. 1535), as implemented in subpart 17.5 of the Federal Acquisition Regulation (FAR), the requesting agency, U.S. Coast Guard Facilities Design and Construction Center (Atlantic), intends to enter into an inter/intra agency agreement with the servicing agency, Cooperative Administrative Support Unit, Greater Hampton Roads (GHRCASU).

**FINDINGS**

**A.** The requesting agency has a need for the servicing agency to provide Construction Surveillance Services. The total cost of the agreement is estimated to be $ 40,335.51 (If this is a multi-year agreement, the estimated dollar amount should be shown for each fiscal year, along with the aggregate/total.)

**B.** The Construction Surveillance Services cannot be obtained as conveniently or economically by contracting directly with a private source.

**C.** Nothing in this requirement conflicts with the authority of the servicing agency.

**D.** NOTE: If the agreement requires contracting action by the servicing agency, the D&F shall also include one of the following choices, as applicable:

**1.** The acquisition will appropriately be made under an existing contract of the servicing agency, entered into before placement of the order, to meet the requirements of the servicing agency for the same or similar supplies or services.

**E.** It is more economical to obtain the required services or supplies through the proposed Interagency Agreement, rather than by direct contract with a commercial firm because these services are provided by construction management firms with overheads greater than 80%. The overhead rates available through this agency are currently 28%.

**DETERMINATION**

Based on the above findings, I hereby determine that it is in the best interest of the Government to enter into an Interagency Agreement with the servicing agency.

Name of Contracting Officer:

Signature:

Date:

**Approval** by the Senior Procurement Executive if the servicing agency is not subject to the Federal Acquisition Regulation:

Name: Hector A Robbo

Signature:

Date: 3/4/07