# In the United States Court of Federal Claims

No. 05-981 C
(Filed: July 2, 2008)

| | |
|---|---|
| K-CON BUILDING SYSTEMS, INC., Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

The court issued an order in the above-captioned case on April 15, 2008, that adopted a schedule for plaintiff's propounding of additional interrogatories, providing:

> By **no later than Monday, April 28, 2008**, plaintiff will propound more narrowly focused interrogatories on defendant, including interrogatories concerning the location(s) of additional records and the dates of Ms. Broussard's journal entries. Plaintiff may exceed the maximum number of interrogatories provided by Rule 33(a) of the United States Court of Federal Claims ("RCFC"). Defendant shall have the time allotted by RCFC 33(b)(3)–**30 days after service**–in which to respond to the interrogatories. Then, **no later than two weeks** after defendant has served its responses and objections to the interrogatories on plaintiff, the parties shall file a joint status report indicating whether another status conference is necessary. If no status conference is necessary, the parties shall instead suggest a schedule for further proceedings.

The court anticipated that if plaintiff met the April 28, 2008 deadline and defendant responded to the interrogatories within thirty days, the parties would have filed a joint status report around June 11, 2008. However, the court has not yet heard from the parties. Thus, the parties shall file a brief joint status report, **no later than Friday, July 11, 2008**, apprising the court of the status of the interrogatories and whether the court's assistance is necessary.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge