IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K-CON BUILDING SYSTEMS, | ) | |
| Plaintiff, | ) | No. 05-981 |
| v. | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR
LEAVE TO FILE JOINT STATUS REPORT OUT OF TIME

Pursuant to Rule 7 of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, resepctfully submits this motion for leave to file the parties' joint status report out of time.

On July 2, 2008, the Court ordered the parties to submit a joint status report on or before July 11, 2008. The parties agreed to the content of a joint status report, and were prepared to file the report on July 11, 2008. Defendant's counsel attempted to file the status report at 11:00 p.m. on that day, but was unable to access the CM/ECF website due to an apparent system outage. Defendant's counsel repeatedly attempted to submit the report for a period of approximately 30 minutes before abandoning the effort.

A number of defendant's counsel's colleagues reported that they had experienced similar problems over the weekend. The ECF help desk was able to confirm that the system was down upon their arrival on the morning of Monday, July 14, 2008, but that they had no way to know whether the system was functioning over the

weekend.

For the reasons stated above, we respectfully request that the Court grant the motion of the United States for leave to file the attached joint status report out of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

Attorneys for Defendant

July 14, 2008

CERTIFICATE OF FILING

I hereby certify that on this 28th day of April 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE JOINT STATUS REPORT OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler