# In the United States Court of Federal Claims

No. 05-981 C
(Filed: July 14, 2008)

***********************************
K-CON BUILDING SYSTEMS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On July 14, 2008, defendant in the above-captioned case filed a motion for leave to file the parties' joint status report out of time, explaining that it had difficulty accessing the court's CM/ECF website on Friday night. Defendant's motion is **GRANTED**. The parties shall file their joint status report **no later than Wednesday, July 16, 2008**.[1]

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

[1] The court recognizes that defendant submitted the joint status report as an exhibit to its motion. However, to keep the docket "clean," the court directs the parties to separately file the joint status report as its own docket entry.